[No. 42129-1-II.   Division Two.   June 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DEDRICK DEMOND THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-00219-9, Frank E. Cuthbertson, J., entered April 21, 2011. *Remanded with instructions* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 42134-8-II.   Division Two.   June 29, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CEDRIC JAMARKUS CARTER, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 08-1-00985-6, M. Karlynn Haberly, J., entered April 18, 2011. *Dismissed* by unpublished opinion per Van Deren, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.

[No. 42159-3-II.   Division Two.   June 29, 2012.]

DONALD R. WATTS ET AL., *Appellants*, v. THE DEPARTMENT OF REVENUE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-2-00363-8, Carol Murphy, J., entered April 29, 2011. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Johanson, A.C.J., and Penoyar, J.

[No. 42216-6-II.   Division Two.   June 29, 2012.]

DANIEL E. BELSVIG, *Appellant*, v. RANDY JOE KARR ET AL., *Defendants*, PETER KRAM, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-14481-5, John A. McCarthy, J., entered May 27, 2011. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Armstrong, J.